# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | ORDER |
| The entire premises located at 2179 Prairie ) | |
| Avenue in Dickinson, North Dakota, and ) | |
| located at subject premises a computer(s), ) | |
| including related peripherals, to include ) | Case No. 1:10-mj-037 |
| electronic media, capable of the storage of ) | |
| digital data. ) | |

On motion of the government and for the reasons state in support of its motion,

IT IS ORDERED that the Search arrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Randy W. Helderop, Special Agent, U.S. Immigration & Customs Enforcement (ICE), Search Warrant Return and Motion to Seal, as well as this ORDER, in the above-captioned matter are sealed until further order of the Court.

Dated this 4th day of June, 2010.

                                                    */s/  Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge